STATE OF NEW JERSEY v. GRAFTON BOONE.

June 21, 1978. Petition for certification denied. (See 154 *N. J. Super.* 36)

SHMUEL YAAKOV GLOBMAN v. SHIRLEY GLOBMAN.

June 21, 1978. Petition for certification denied. (See 158 *N. J. Super.* 338)

A. & B. FOODS, INC. v. ROGERS TRAILER PARK, INC.

June 21, 1978. Petition for certification denied.

KNOLLCROFT GARDENS v. BOROUGH OF FAIR LAWN.

June 21, 1978. Petition for certification denied.

THE GLOUCESTER TWP. MUNICIPAL UTILITIES AUTHOR-ITY v. GARDEN STATE WATER COMPANY.

June 21, 1978. Petition for certification granted.

WILLIE CROOMS v. CENTRAL STEEL DRUM CO.

June 21, 1978. Petition for certification denied. (See 156 *N. J. Super.* 471)